# VERIFIED RETURN OF SERVICE

Job # MIA33064

**Client Info:**

The Law Offices of Jibrael S. Hindi, PLLC
1515 NE 26th Street
Wilton Manors, FL 33305

**Case Info:**

**PLAINTIFF:**
BIANCA JOHNSTON
-versus-
**DEFENDANT:**
CRANE AND CANOPY INC.

UNITED STATES DISTRICT COURT
Court Division: CENTRAL DISTRICT OF CALIFORNIA

Court Case # **5:26-cv-01620-SP**

**Service Info:**

**Received by Selena Cabrera: on July, 9th 2026** at **06:10 PM**
**Service:** I Served **CRANE AND CANOPY INC. C/O Corporation Service Company**
With: **SUMMONS; NOTICE OF ASSIGNMENT; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; CIVIL COVER SHEET; COMPLAINT**
by leaving with **JANE DOE, Intake Specialist - Authorized to Accept for R.A.**

**At Business 251 LITTLE FALLS DRIVE WILMINGTON, DE 19808**
On **7/10/2026** at **10:11 AM**
**Manner of Service: USDC Summons**
Service has been completed pursuant to Federal Rule of Civil Procedure (4)

**Served Description: (Approx)**

Age: **35**, Sex: **Female**, Race: **Asian-Pacific Islander**, Height: **5' 4"**, Weight: **150**, Hair: **Black** Glasses: **No**

I **SELENA CABRERA** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Signature of Server: ______________ July 15, 2026
**SELENA CABRERA**

**Accurate Serve of Plantation**
151 North Nob Hill Road #254
Plantation, FL 33324
Phone: (954) 228-4029

Our Job # **MIA33064** Client Ref # **5:26-cv-01620-SP**